**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                              Case No. 4:14-cr-00037 KGB

BRANDY DUSANG                                                                     DEFENDANT

**AMENDMENT TO JUDGMENT AND COMMITMENT ORDER**

The Judgment and Commitment Order entered in this matter on January 9, 2015 (Dkt. No.15) is hereby amended to reflect the following special instructions regarding the payment of criminal monetary penalties:

> The Department of Veterans Affairs is currently withholding $1,000.00 per month from funds otherwise paid to Ms. Dusang to satisfy her restitution obligation in this matter and may continue to withhold $1,000.00 per month until the restitution as ordered herein has been paid in full.
>
> If the Department of Veterans Affairs ceases to withhold funds otherwise paid to Ms. Dusang before her restitution obligation is satisfied, Mr. Dusang shall make monthly payments of ten percent per month of her monthly gross income until her restitution obligation is satisfied.

All other conditions set forth in the original Judgment and Commitment Order (Dkt. No. 15) remain in full force and effect.

It is so ordered this 13th day of January, 2015.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge